United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of: | NO. C 12-80090 MISC JW |
| Mark Epstein, | **ORDER OF REINSTATEMENT** |
| State Bar No. 159801. / | |

On March 23, 2012, this Court issued an order to remove Mr. Mark Epstein from the roll of attorneys authorized to practice law before this Court, based on his suspension by the State Bar of California, effective March 1, 2012.

On May 9, 2012, Mr. Epstein provided proof of reinstatement by the State Bar effective April 30, 2012.

The Court now orders Mr. Epstein placed back on the roll of attorneys authorized to practice before this Court. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Samuel Christian Bellicini
Fishkin & Slatter LLP
1575 Treat Blvd.
Suite 215
Walnut Creek, CA 94596

Jerome Fishkin
Fishkin & Slatter LLP
1575 Treat Blvd.
Suite 215
Walnut Creek, CA 94598

**Dated:  August 27, 2012**                              **Richard W. Wieking, Clerk**


**By:    /s/ JW Chambers
        Susan Imbriani
        Courtroom Deputy**